**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RAMONA MATTHEWS**                                                   **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 4:13-cv-7-DMB-JMV**

**PETER NWANKWO, ET AL.**                                            **DEFENDANT**

**ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSES**

This matter comes before the court on Defendant's Motion to Compel Discovery Responses [22]. The court, having considered the motion and the fact that it is unopposed, finds it to be well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Compel Discovery Responses is hereby **GRANTED**. In light of the quickly approaching dispositive motions deadline, the plaintiff's discovery responses are due to the defendant by 5pm on Tuesday, February 25, 2014. Plaintiff is cautioned that failure to comply with this order may result in sanctions up to and including dismissal of the case.

**SO ORDERED**, this the 19th day of February, 2014.

                                                    /s/ Jane M. Virden
                                                    **UNITED STATES MAGISTRATE JUDGE**