IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RAMONA MATTHEWS                                                              PLAINTIFF

VS.                                                        CAUSE NO. 4:13-CV-00007-SA-JMV

PETER NWANKWO and
MISSISSIPPI VALLEY STATE UNIVERSITY                                        DEFENDANTS

## JOINT STIPULATION OF DISMISSAL

COME NOW Ramona Matthews, plaintiff, by and through her attorney of record, James C. Patton of Patton Law Office, and Mississippi Valley State University, defendant, by and through its attorney, James T. Metz, PURDIE & METZ, PLLC and files this their joint Stipulation of Dismissal, in the above styled and numbered cause pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure as all claims have been fully compromised and settled by Defendants to said parties' satisfaction, and this matter is hereby dismissed with prejudice, as to all parties, including, Peter Nwankwo.

PRESENTED BY:

/s/ *James C. Patton, Jr.*
JAMES C. PATTON, JR., MSB #4059
ATTORNEY FOR PLAINTIFF
PATTON LAW OFFICE
107 East Lampkin Street
Post Office Box 80291
Starkville, Mississippi 39759
Telephone (662) 324-6300
Facsimile (662) 324-2211
jpatton@pattonlawoffice.net

/s/ *James T. Metz*
JAMES T. METZ, MSB# 2905
ATTORNEY OF DEFENDANT MISSISSIPPI VALLEY STATE UNIVERSITY
PURDIE & METZ, PLLC
Post Office Box 2659
Ridgeland, MS 39158
402 Legacy Park, Ste. B
Ridgeland, MS 39157
Telephone: (601)957-1596
Facsimile: (601) 957-2449
jmetz@purdieandmetz.com